**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
**SANTO LANZAFAME in his fiduciary**
**capacity as a Trustee for the POINTERS,**
**CLEANERS & CAULKERS WELFARE,**
**PENSION & ANNUITY FUNDS, and**
**President of BRICKLAYERS AND**
**ALLIED CRAFTWORKERS**
**LOCAL UNION NO. 1, B.A.C.I.U.,**
**AFL-CIO,** <u>ORDER</u>
                **Plaintiff,**

            02 CV 4687(NG)(KAM)

  **- against -**

**PETRUS CONSTRUCTION INC.,**
**JOSE M. FERNANDEZ, WESTERN**
**SURETY COMPANY, and JOHN and/or**
**JANE DOE FIDUCIARY,**

                **Defendants.**
----------------------------------------------------------x

**GERSHON, United States District Judge:**

      The unopposed Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated September 7, 2005 is hereby adopted in its entirety. Plaintiff's motion for a default judgment against defendant Petrus Construction Inc. is granted. The Clerk of Court is directed to enter judgment for plaintiff in the following amounts; 1) $788,657.45 in unpaid contributions to the Funds, 2) $200,880.20 in interest on the unpaid contributions; 3) $200,880.20 in liquidated damages on the unpaid contributions; 4) $7,826.00 in attorneys' fees; 5) $808.98 in costs; 6) $900.00 in audit costs; 7) $5,344.26 in dues and assessments owed to Local 1; and 8) $2,169.89 in interest on the unpaid dues and

assessments, for a total award of $1,207,466.98.

**SO ORDERED.**


*/s/ Nina Gershon*

**NINA GERSHON
United States District Judge**

Dated: Brooklyn, New York
          October 11, 2005